**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Frank**<br>First name<br><br>**T.**<br>Middle name<br><br>**Troise**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4472** |  |

Debtor 1    **Frank T. Troise**

Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

**5. Where you live**

**About Debtor 1:**

**3140 Glengary Rd.**
**Santa Ynez, CA 93460**
Number, Street, City, State & ZIP Code

**Santa Barbara**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Frank T. Troise**

Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |
| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐    No. Go to line 12.

    ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Frank T. Troise**

Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Frank T. Troise**

Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

8/18/25 11:43AM

| Debtor 1 | Frank T. Troise | | Case number *(if known)* |
|---|---|---|---|

**Part 6:    Answer These Questions for Reporting Purposes**

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

| 17. | Are you filing under Chapter 7? | ■ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.    How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.    How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.    How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Frank T. Troise | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| | |
|---|---|
| Executed on    **August 18, 2025** | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1  **Frank T. Troise**

Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Dean G. Rallis Jr.**
Signature of Attorney for Debtor

Date  **August 18, 2025**
MM / DD / YYYY

**Dean G. Rallis Jr. 94266**
Printed name

**Hahn & Hahn LLP**
Firm name

**301 E. Colorado Blvd.**
**Ninth Floor**
**Pasadena, CA 91101**
Number, Street, City, State & ZIP Code

Contact phone  **(626) 796-9123**

Email address  **drallis@hahnlawyers.com**

**94266 CA**
Bar number & State

# DECLARATION

## DECLARATION OF FRANK TROISE
## PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Frank Troise, declare as follows:

1.      I am the debtor and debtor-in-possession in the above-entitled Chapter 11 case.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      I am making this declaration in connection and in compliance with the Chapter 11 bankruptcy filing requirements under 11 U.S.C. § 1116(1)(B).

3.      Neither I nor anyone acting on my behalf has prepared a balance sheet, statement of operations, or cash-flow statements prior to or in connection with this Chapter 11 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2025, at Santa Ynez, California.

Frank Troise

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Frank T. Troise** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | | **Unsecured claim** |
|---|---|---|---|---|

**1**

**Alisal Guest Ranch**
**1054 Alisal Road**
**Solvang, CA 93463**

What is the nature of the claim?    Client entertainment    $9,537.30
                                     (Golf Club)

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Customer Service**

**dhartley@alisal.com**
Contact

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

**1-805-680-1672**
Contact phone

Value of security:                    -
Unsecured claim

**2**

**Ally Financial**
**P.O. Box 9222**
**Old Bethpage, NY 11804**

What is the nature of the claim?    Credit Card    $3,950.17

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Customer Service**

Does the creditor have a lien on your property?
No

Debtor 1    **Frank T. Troise**    Case number (if known) _____

|  |  |
|---|---|
| ■ | |
| | ☐ Yes. Total claim (secured and unsecured) |
| Contact | |
| **1-888-366-2559** | Value of security: - _____ |
| Contact phone | Unsecured claim _____ |

---

**3**  **American Express**
P.O. Box 981535
El Paso, TX 79998-1535

What is the nature of the claim?    **Credit Card - Platinum**    $3,825.61

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

**Customer Service**

Contact

**1-800-492-8468**
Contact phone

Value of security: - _____
Unsecured claim _____

---

**4**  **American Express**
P.O. Box 981535
El Paso, TX 79998-1535

What is the nature of the claim?    **Credit Card - Delta**    $4,175.94

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

**Customer Service**

Contact

**1-866-391-1424**
Contact phone

Value of security: - _____
Unsecured claim _____

---

**5**  **American Express**
P.O. Box 981535
El Paso, TX 79998-1535

What is the nature of the claim?    **Credit Card - Hilton**    $24,405.45

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

**Customer Service**

Contact

**1-833-698-2566**
Contact phone

Value of security: - _____

---

| Debtor 1 | **Frank T. Troise** | Case number *(if known)* | |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

---

| 6 | | What is the nature of the claim? | **Credit Card - AMEX Singapore (SGD)** | $19,863.18 |
|---|---|---|---|---|

**American Express International Inc.**
**1 Marina Boulevard, #22-00**
**One Marina Boulevard**
**Singapore 018989**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**1-800-392-2000**

Contact phone

Value of security:                    -
Unsecured claim

---

| 7 | | What is the nature of the claim? | **Services** | $15,000.00 |
|---|---|---|---|---|

**Boris Zoubok**
**200 Briarwood Dr.**
**Somers, NY 10589**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Boris Zoubok**

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**1-617-460-9392**

Contact phone

Value of security:                    -
Unsecured claim

---

| 8 | | What is the nature of the claim? | **Credit Card** | $5,491.97 |
|---|---|---|---|---|

**Capital One Quicksilver**
**Capital One**
**City of Industry, CA 91716-0519**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**1-844-480-5934**

Contact phone

Value of security:                    -
Unsecured claim

---

| 9 | | What is the nature of the claim? | **Credit Card** | $2,994.71 |
|---|---|---|---|---|

Debtor 1    **Frank T. Troise**              Case number *(if known)*

---

**Capital One REI**
**Capital One**
**City of Industry, CA 91716-0519**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

Contact

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**1-844-480-5934**

Contact phone

     Value of security:    -
     Unsecured claim

---

**10**    **CarMax AutoFinance**
**P.O. Box 6405**
**Carol Stream, IL 60197-6045**

What is the nature of the claim?    **Loan - Auto**     **$31,898.92**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

Contact

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**1-800- 925-3612**

Contact phone

     Value of security:    -
     Unsecured claim

---

**11**

**Citibank**
**Box 6500**
**Sioux Falls, SD 57117**

What is the nature of the claim?    **Credit Card -**     **$11,098.01**
                            **American Airlines**
                            **Mastercard**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

Contact

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**1-888-766-2484**

Contact phone

     Value of security:    -
     Unsecured claim

---

**12**

**DBS**
**12 Marina Blvd.**

What is the nature of the claim?    **Credit Card - DBS**     **$23,967.58**
                            **Mastercard (SGD)**

---

Debtor 1    **Frank T. Troise**                                    Case number *(if known)* _____

**DBS Asia Central**
**Marina Bay Financial Centre**
**Tower 3**
**Singapore 018982**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**+65 6327-2265**

Contact phone

Value of security:            -    _____
Unsecured claim                  _____

---

| 13 | **DRC Consultancy**<br>**Attn: Richard Soemita**<br>**50 Raffles Place, #30-00**<br>**Singapore Land Tower**<br>**Singapore 048623** | What is the nature of the claim? | **Services** | **$6,000.00** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Richard Soemita**

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**+65 9850-8193**

Contact phone

Value of security:            -    _____
Unsecured claim                  _____

---

| 14 | **Goldman Sachs Bank USA**<br>**Salt Lake City Branch, Lockbox 6112**<br>**P.O. Box 7247**<br>**Philadelphia, PA 19170-6112** | What is the nature of the claim? | **Credit Card - Apple Mastercard** | **$3,042.08** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**1-877-255-5923**

Contact phone

Value of security:            -    _____
Unsecured claim                  _____

---

| 15 | **Greenberg Traurig LLP**<br>**Attn:  Nick Davies**<br>**88 Market Street, #39-16**<br>**CapitaSpring, Singapore 048948** | What is the nature of the claim? | **Legal services** | **$18,000.00** |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated

---

Debtor 1    **Frank T. Troise**

Case number *(if known)* _____

|  |  |
|---|---|
| | ☐ Disputed |
| | ☐ None of the above apply |

**Nick Davies**

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**+65 6964-0600**
Contact phone

Value of security:              -
Unsecured claim

---

**16**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**    **Estimated Federal taxes for 2021 - 2023**    **$1,400,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**1-800-973-0424**
Contact phone

Value of security:              -
Unsecured claim

---

**17**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**    **Estimated Federal taxes for 2024**    **$200,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**1-800-973-0424**
Contact phone

Value of security:              -
Unsecured claim

---

**18**

**Kayla Lea**
**1104 Channel Dr.**
**Montecito, CA 93108-2804**

**What is the nature of the claim?**    **Loan**    **$45,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor 1    **Frank T. Troise**                    Case number *(if known)*

☐    None of the above apply

**Kayla Lea**                    Does the creditor have a lien on your property?

celft18@gmail.com        ■    No
Contact                      ☐    Yes. Total claim (secured and unsecured)

1-805-570-3110                    Value of security:    -
Contact phone                    Unsecured claim

---

| 19 | **MacFarlane & Faletti** | What is the nature of the claim? | CPA | $6,000.00 |

**MacFarlane & Faletti**
**Attn: Bill Jackson**
**3757 State St. Ste. 3B**
**Santa Barbara, CA 93105**

As of the date you file, the claim is: Check all that apply
☐    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Bill Jackson**        Does the creditor have a lien on your property?

bill@mfco.com        ■    No
Contact                      ☐    Yes. Total claim (secured and unsecured)

1-805-966-4157                    Value of security:    -
Contact phone                    Unsecured claim

---

| 20 | | What is the nature of the claim? | Credit Card - Brightway One Main Mastercard | $2,261.45 |

**One Main Financial**
**P.O. Box 981037**
**Boston, MA 02298-1037**

As of the date you file, the claim is: Check all that apply
☐    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Customer Service**        Does the creditor have a lien on your property?

                        ■    No
Contact                      ☐    Yes. Total claim (secured and unsecured)

1-866-207-9130                    Value of security:    -
Contact phone                    Unsecured claim

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
**Frank T. Troise**                          Signature of Debtor 2
Signature of Debtor 1

| Debtor 1 | **Frank T. Troise** | Case number *(if known)* | |
| Date | **August 18, 2025** | Date | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Frank Troise**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Per agreement, hourly basis** |
| Prior to the filing of this statement I have received | $ | **11,738.00** |
| Balance Due | $ | **Subject to court approval** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **See employment application for scope of services.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters outside of the firm's expertise or specialization.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 18, 2025

Date

/s/ Dean G. Rallis Jr.
**Dean G. Rallis Jr. 94266**
*Signature of Attorney*
**Hahn & Hahn LLP**
**301 E. Colorado Blvd.**
**Ninth Floor**
**Pasadena, CA 91101**
**(626) 796-9123  Fax: (626) 449-7357**
**drallis@hahnlawyers.com**
*Name of law firm*

8/18/25 11:43AM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Dean G. Rallis Jr. 94266**<br>**301 E. Colorado Blvd.**<br>**Ninth Floor**<br>**Pasadena, CA 91101**<br>**(626) 796-9123 Fax: (626) 449-7357**<br>California State Bar Number: **94266 CA**<br>drallis@hahnlawyers.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Frank T Troise**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 18, 2025**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Frank T. Troise
3140 Glengary Rd.
Santa Ynez, CA 93460


Dean G. Rallis Jr.
Hahn & Hahn LLP
301 E. Colorado Blvd.
Ninth Floor
Pasadena, CA 91101


Alisal Guest Ranch
1054 Alisal Road
Solvang, CA 93463


Ally Financial
P.O. Box 9222
Old Bethpage, NY 11804


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express International Inc.
1 Marina Boulevard, #22-00
One Marina Boulevard
Singapore 018989


Boris Zoubok
200 Briarwood Dr.
Somers, NY 10589


Capital One Quicksilver
Capital One
City of Industry, CA 91716-0519

Capital One REI
Capital One
City of Industry, CA 91716-0519


CarMax AutoFinance
P.O. Box 6405
Carol Stream, IL 60197-6045


CENLAR
P.O. Box 77404
Ewing, NJ 08628


Chase
Mail Code LA4-6911
700 Kansas Lane
Monroe, LA 71203


Citibank
Box 6500
Sioux Falls, SD 57117


Credit One
P.O. Box 60500
City of Industry, CA 91716


DBS
12 Marina Blvd.
DBS Asia Central
Marina Bay Financial Centre Tower 3
Singapore 018982


DRC Consultancy
Attn: Richard Soemita
50 Raffles Place, #30-00
Singapore Land Tower
Singapore 048623

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Goldman Sachs Bank USA
Salt Lake City Branch, Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170-6112


Greenberg Traurig LLP
Attn: Nick Davies
88 Market Street, #39-16
CapitaSpring, Singapore 048948


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kayla Lea
1104 Channel Dr.
Montecito, CA 93108-2804


MacFarlane & Faletti
Attn: Bill Jackson
3757 State St. Ste. 3B
Santa Barbara, CA 93105


One Main Financial
P.O. Box 981037
Boston, MA 02298-1037


PG & E
Box 997300
Sacramento, CA

Southern California Gas Company
P.O. Box C
Monterey Park, CA 91755


Surge
P.O. Box 3220
Buffalo, NY 14240


Synchrony Bank Verizon
P.O. Box 669808
Dallas, TX 75266-0752


Upgrade
P.O. Box 52210, Phoenix, AZ 85072-2
Phoenix, AZ 85072-2210